UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WAYNE GORDON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 17-5192** |
| **GEORGE A. SMITH, ET AL.** | **SECTION "E" (3)** |

## ORDER

The Court, having considered the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the Petitioner's objections thereto, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that Wayne Gordon's complaint is hereby **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

**New Orleans, Louisiana, this 31st day of July, 2017.**

_____
**UNITED STATES DISTRICT JUDGE**